

# NUMBER 13-21-00398-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN THE MATTER OF THE MARRIAGE OF
## RAYMOND BLINN BARRON III AND CRYSTAL DAWN BARRON
## AND IN THE INTEREST OF C.L.B AND S.G.B.

---

### On appeal from the 135th District Court
### of Victoria County, Texas.

---

# MEMORANDUM OPINION

### Before Justices Longoria, Hinojosa, and Silva
### Memorandum Opinion by Justice Silva

This matter is before the Court on appellee's motion to dismiss. The Clerk of the Court notified appellant on January 21, 2022, that the briefing schedule had begun. *See* TEX. R. APP. P. 37.2, 38.6. On February 24, 2022, the Clerk of the Court notified appellant that, pursuant to Texas Rules of Appellate Procedure 38.8(a)(1), the appeal was subject to dismissal for want of prosecution unless, within ten days, appellant provided reasonable explanation for his failure to timely file a brief. *See id.* R. 38.8(a)(1). Appellant

failed to respond for over two months, until he filed a motion to accept late filing and extend the deadline for filing of appellant's brief on April 28, 2022, but to date, appellant has failed to file a brief. Furthermore, the explanation provided does not satisfy the length of delay. *See id.* R. 10.5; 38.6(d).

Appellant has neither reasonably explained the delay in filing a motion for extension of time nor filed his brief. Accordingly, we grant appellee's motion to dismiss and order the appeal is dismissed for want of prosecution. *See id.* R. 38.8(a), 42.3(b),(c). In addition, for the reasons provided, the Court denies appellant's opposed motion for extension of time to file brief.

CLARISSA SILVA
Justice

Delivered and filed on the
5th day of May, 2022.